Case 6:20-cv-00283-ADA-JCM Document 7 Filed 04/15/20 Page 1 of 3
Case 6:20-cv-00283 Document 3 Filed 04/09/20 Page 1 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

WILLIAM STANLEY,
*Plaintiff*

v.　　　　　　　　　　　　　　　　　Civil Action No. **6:20−CV−00283**

PATRIOT INSPECTION SERVICES, INC.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Patriot Inspection Services, Inc.
　　By and through its registered agent:
　　George Gordon
　　1310 East Milan Street
　　Mexia, Texas 76667

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard J. Burch　　　　　　　　　　　　　Michael A. Josephson
Bruckner Burch PLLC　　　　　　　　　　Josephson Dunlap Law Firm
8 Greenway Plaza　　　　　　　　　　　　11 Greenway Plaza, Suite 3050
Suite 1500　　　　　　　　　　　　　　　Houston, TX 77046
Houston, TX 77046

Andrew W. Dunlap　　　　　　　　　　　Taylor Ashley Jones
Josephson Dunlap Law Firm　　　　　　　Josephson Dunlap
11 Greenway Plaza, Suite 3050　　　　　　11 Greenway Plaza
Houston, TX 77046　　　　　　　　　　　Suite 3050
　　　　　　　　　　　　　　　　　　　Houston, TX 77046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_____
**JEANNETTE J. CLACK**
CLERK OF COURT

s/LEIGH ANNE DIAZ
DEPUTY CLERK

ISSUED ON 2020−04−09 12:52:28

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00283

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Patriot Inspection Services, Inc.__ was received by me on *(date)* __04-09-2020__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __President MORROW, DONNIE A__, who is designated by law to accept service of process on behalf of *(name of organization)* __Patriot Inspection Services, Inc.__ at 2030 FM 2705 MEXIA, TX 76667 on *(date)* __04-13-2020__; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: 04/14/20

Server's signature

Christopher A. Ills
Printed name and title

5955                10/31/20

PO Box 45, Groesbeck, TX 76642
Server's Address

Additional information regarding attempted sevice, etc: